LeMonta Maddox Bk 1956
Name and Prisoner/Booking Number

California State Prison (Sacramento)
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, CA. 95671
City, State, Zip Code

**FILED**
Sep 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LeMonta Markuis Maddox
(Full Name of Plaintiff)
                                    Plaintiff,

v.

(1) Correctional Officer Y. Lara
(Full Name of Defendant)
(2) SGT. H. Mitchell
(3) LT. R. Haynie
(4) LT. C. Haring
                                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-1545-AC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: California State Prison (SAC)

## B. DEFENDANTS

1. Name of first Defendant: __J. Lynch__. The first Defendant is employed as: __Warden__ at __California State Prison (SAC)__
   (Position and Title) (Institution)

2. Name of second Defendant: __C/o Y. Lara__. The second Defendant is employed as: __Correctional Officer__ at __California State Prison (SAC)__
   (Position and Title) (Institution)

3. Name of third Defendant: __SGT. H. Mitchell__. The third Defendant is employed as: __Correctional Sergeant__ at __California State Prison (SAC)__
   (Position and Title) (Institution)

4. Name of fourth Defendant: __LT. C. Haring__. The fourth Defendant is employed as: _____ at __California State Prison (SAC)__
   (Position and Title) (Institution)

5th Defendant LT. R. Haynie

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **Fourteenth Amendment to the U.S. Constitution under the Due Process Cause**.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   C/o Y. Lara, intentionly and Purposely filed falsified Documentation against Plaintiff, IE CDCR 115 Log. NO. 7102777 for Indecent Exposure without prior convictions P.C. Section 314 V.r. N.0 2007. Plaintiff contend that Defendant C/o Y. Lara out right lied on him. Plaintiff's cell was pitch Dark and his back window was covered up completely. He and his celly inmate Hodge was watching tv when Defendant Y. Lara woke him up for count time. When plaintiff woke up, Defendant Y. Lara asked Plaintiff for his last two digits of his CDCR No. Plaintiff told her his last two digits and she left. C/o Y. Lara and Plaintiff's conversation concluded when she left. C/o Lara's action were motivated by (Racial Discrimination) against Plaintiff and subjected him to cruel and unusual punishment and typical and significant hardship.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   (A) Plaintiff was placed in Administrative Segregation for Approx. (30) days see exhibit (B) Plaintiff was subjected to (90) days credit loss, (30) days loss privileges and put on group B (30) days loss canteen privileges, 30 days loss of Phone privileges, (30 days) loss of dayroom C packages and property privileges. See exhibit D page 6 of 10.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment to the U.S. Constitution and under the Due Process Clause.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: ____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant LT. R. Haynie deprived Plaintiff of his liberty when he subjected Plaintiff to confinement by locking him up in Administrative Segregation on 7-11-21, in conspiracy with defendants Y. Lara and SGT. H. Mitchell based on falsified documentation. Defendant LT. R. Haynie was deliberately indifferent to Plaintiff's rights to be free of discrimination. Defendant LT. R. Haynie also classified the r.U.C log No. 7102777. See exhibits (A) Page 2 of 4 and (B) Page 1 of 4. Defendant R. Haynie subjected Plaintiff to atypical and significant hardship.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   (A) Plaintiff was illegally placed in Administrative Segregation for Approx. (30) days. See exhibit (B). B). Plaintiff was subjected to (90) days loss of credit, (30) days loss of privileges and placed on group "C" status, (30) days loss of canteen and (30) days of phone privileges, (30) days loss of dayroom, packages and property privileges. See exhibit D page 6 of 10

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

## CLAIM III

1. State the constitutional or other federal civil right that was violated: **Fourteenth Amendment to the U.S. Constitution and under the Due Process Clause**

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sergeant H. Mitchell, on July 11, 2021 systematically conspired with Defendant Y. Lara, to subject plaintiff to cruel and unusual punishment based on a falsified CDCR-r.v.r. Sgt. H. Mitchell was the reviewing supervisor of the herein mentioned (r.v.r) Log No. 7102777 after defendant Y. Lara called and informed him. (see exhibit A) Page 2 of 2. Defendant H. Mitchell actions deprived plaintiff of his rights to be free from discrimination and infringed on his liberty and subjected plaintiff to Atypical and significant hardship.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   A. Plaintiff was placed in Administrative Segregation for Approx. (30) days see exhibit B
   B. Plaintiff was subjected to (90) days credit loss, (30) days loss of privileges and placed on group C-status, (30) days loss of canteen privileges, (30) days loss of phone privileges (30) days loss of dayroom, packages and property privileges. See exhibit D page 6 of 10

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. CDCR-R.V.R. Log No. 7102777 be removed from Plaintiff C-File and all related documents
2. (90) days credit be restored
3. Plaintiff's classification score be readjusted back.
4. The prayer for relief sought in the attached complaint. (see page 15 at prayer for relief).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-2-22__       __SeMonta Maddox__
           DATE                      SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

__N/A__

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.