Pro se;

Lemonta Maddox BK-1956
High Desert State Prison
P.O. Box 3030
Susanville, CA,
96127-3030

FILED

JUN 08 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

LEMONTA MADDOX

Plaintiff,

V.

Y. LARA, et al

Defendants

UNITED STATES DISTRICT COURT
For The Eastern District of California

No. 2:22-cv-1545 ACP

Amended Compliant

Plaintiff is intitled to Releif, (Claims)

On 7-2021 on the 11th day C/o LARA, written a RVR Proclaiming Plaintiff at close custody count was laying on his back on the top bunk with gentitals being exposed, C/o LARA enlighten her supervisor SGT Mitchell, of the matter, where SGT mitchell had to inform his supervisor Lt. Haynie, who makes the determination rather to place in (AD SEG) or not, Lt. Haynie is responsible by just going on the 2nd party SGT Mitchell, report which falls under hear say, Lt. Haynie is at fault because he should contacted C/o LARA, and got hands on information, because the evidence reveal words, reports, an documents been tampered with, when C/o LARA said gentials were exposed, SGT mitchell takes this information to Lt. Haynie an added on that Plaintiff in the course of all this masterbating, nowhere in the evidence of this claim would this court witness anything from C/o LARA mentioning Plaintiff was masterbating, This is where Lt. Haney must be held accountable for failing an violating his line of duty, because his decision to sign off on the (AD SEG) lock up order an bring great pain & suffering on Plaintiff fails short of his line of duty

(1)

this is why Lt. Haney is attached into this civil matter, SGT. Mitchell, falsified documents adding to C/O LARA report plaintiff was masterbating, when SGT Mitchell know C/O LARA never made any mention of that action, only because it never occurred, SGT Mitchell is the master mind of this violation of Plaintiff constitutional rights in violation of the 14th amendment because my liberty was violated from false accusation, Plaintiff could prove that by the exhibits of C/O LARA, (report) an the (AD seg) lock up order, it's totally to different versions, Plaintiff had much affliction bestowed upon him aside from the consequence of the guilty ness of the RUR, SGT Mitchell, was aware that Just saying on a report a 'inmate genitals were exposed,' is a total diffrent animal than masterbating to a female staff, SGT Mitchell would had not the opportunity to violate Plaintiff liberty had he not falsified the masterbation, knowing that expose gential's out a pair of short would not resulted in a (AD seg) lock up, oppose to masterbating. Claim of relief also needs to be granted because of the pain & suffering Plaintiff endured an still enduring This was totally general negligence of retaliation violating my rights locking Plaintiff in (ad seg). it afflicted personal Injury on the plaintiff

(2)

1. intentional infliction of emotional distress,
2. negligent affliction of emotional distress,
3. Professional negligence, pain & suffering,
4. mental anguish, discrimination by
5. defamation (Slandering) Plaintiff is already
6. in the (CDCR) mental Health Program an suffer
7. from mental illnesses, an this matter done was
8. enhance Plaintiff mental health, because this
9. falsifying report first & foremost puts Plaintiff
10. life in danger with Prison Politics because this
11. behavior of masterbating is totally unexceptable,
12. So Plaintiff is at danger every day, and this
13. have effected Plaintiff motional distress an
14. anxiety to the roof, Lock up in AD-Seg taken
15. a toll on Plaintiff health, deprived of my
16. Freedom cause of a 2nd hand Party creating
17. his own narrative to his boss, an his boss
18. beleive the lie or just went alone with it,
19. because if LT. Haynie wanted to know the
20. true facts he would interviewed the Star witness
21. CLO LARA, again Lt. Haynie failed to do his
22. duty accordingly, had he not this serious matter
23. would be residing in your court, since he
24. did not, relief must be granted do to this
25. information. Also the highest level of appeal allowed
26. the appeal to default in time limitation because
27. They didn't just want to grant the appeal, allowing
28. the appeal to default on time slander is an
    admission of Grant, because the appeal
    Coordinator knew they could not deny

(3)

the appeal because they would be a defendant in this matter, the appeal coordinator understand C/O LARA, never said Plaintiff was masterbating & these was only trump up charges to bestow affliction upon Plaintiff, only because they felt sometype of way they was violated on what C/O LARA stated, all these defendant's are liable of the pain & suffering Plaintiff went through since up to now, from 7-11-2021, C/O LARA suppose to came to Lt. Haynie or at the IIS hearing an stated the masterbation part was inaccurate, she never did that, never told the Lt. at hearing she never said or written that, The evidence just looking forward to C/O LARA, report shows that SGT. Mitchell is liable an that he straight out lied an fabracated a report an forward it to Lt. Haynie knowing the information was false, an Lt. Haynie being unprofessional signs off on the false report without confirming the report with the main witness C/O Lara, if Lt. Haynie does his job appropriately Plaintiff would not had a violation of the 14th amendment of losing his freedom, an would not have to be enduring all this mental anguish wondering will I get stabbed or killed behind these lies, this has Plaintiff in a very bad place mentally & emotionally, And Plaintiff Request relief.

I, Plaintiff on the sign date sware that the foregoing information is true an correct, under the penalty of Perjury.

Dated: 5-23-2023

Pro Pe Lamonta Maddox

Semonta Maddox

4