#BK-1956

**Name and Prisoner/Booking Number:** Lemonta Maddox
**Place of Confinement:** H.D.S.P., P.O. Box 3030
**Mailing Address:** PO Box 3030
**City, State, Zip Code:** Susanville, CA, 96130

FILED
JUL 07 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

CASE# 2:22-cv-1545 ACP

Lemonta Maddox
(Full Name of Plaintiff) Plaintiff,

v.

(1) Y. Lara, et al.,
(Full Name of Defendant)
(2) Sgt. Mitchell
(3) Lt. Haynie
(4) _____
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22CV1545-AC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento State Prison

Revised 3/15/2016                                1

## B. DEFENDANTS

1. Name of first Defendant: **Y. LARA**. The first Defendant is employed as: **Correctional officer** (Position and Title) at **SACRAMENTO STATE Prison** (Institution)

2. Name of second Defendant: **Sergeant Mitch** (Position and Title) **Sergeant Mitchell** at **SACRAMENTO state Prison**. The second Defendant is employed as: (Institution)

3. Name of third Defendant: **LT. Haynie**. The third Defendant is employed as: **LT. Haynie** (Position and Title) at **SACRAMENTO State Prison** (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 14th amendment, Life & Liberty, 8th amendment, cruel & unusal punishment.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   C/o Lara, made a RVR Plaintiff was exposing his genitals. C/o Lara, have any right to write what's she want, it's not in the C.D.C.R. Rules an regulation to allow a 2nd staff to intervene on her report an add false allegation's second hand hear-say, with accusation defendant Lara should have known would violate Plaintiff 14th amendment rights of Life & Liberty, 8th amendment violation of cruel an unusal punishment, knowing with her report Plaintiff would not been taking to Administration segergation confinement an knowing Sgt Mitchell additional narrative an false accusation's would land Plaintiff in (AD seg) which it did. How are there two diffrent reports only one incident. Sgt Mitchell should not have any report defendant was not there, this is evident in report not hearsay, C/o Lara was not to allow her supervisor to tamper her report.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Defendant Lara planted this seed which brought pain & suffering to Plaintiff mentally, emotional, physically by not coming forward an admitting Sgt Mitchell is forging documents.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 14th amendment, Life Liberty, 8th amendment, Cruel & unusual Punishment.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Sgt Mitchell, violated Plaintiff 19th amendment's of Life an Liberty, 8th amendment cruel & unusual Punishment, when defendant violated C.D.C.R./Dom, rules & regulation when defendant cause the arrest of Plaintiff to be incarcerated in (Ad seg) confinement forging documents about Plaintiff induging in Sexual act of masterbation when this defendant was not present, C/o LARA, report does not say this, because it never occured, defendant Sgt. Mitchell with malice known C/o LARA report would not resulted in a (ad seg) lock up an time spent without defendant false allegations of masterbation, Plaintiff would like to note this to the courts attention, This is not a claim where Plaintiff is raising hear-say, the evidence in original report Just read C/o LARA, report, an Sgt Mitchell, report, an the court would witness two different versions Plaintiff rights were read from Sgt Mitchell report, Sgt Mitchell don't have a report or shows not, no Plaintiff did not receive rights documents be cause Plaintiff should be here accountable from C/o Lara, report

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   It effected my mental state, my anxiety, increased my emon/for under duress, do to the humility an threat on Plaintiff live frome' These defendants/staff misconduct.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 14th amendment, life an liberty, 8th amendment cruel & unusual Punishment

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant Haynie, violated the 14th amendment rights of Plaintiff signing off on the (Ad seg) lock up order, knowing it was Sgt Mitchell report, and it did not match up to C/o Lara report and this was the final signature to make the lock-up order official, Lt. Haynie knows the title 15 rules & regulations at C.D.C.R. does not condone it's policy in such manor which will afflict pain & suffering on a inmate with 2nd hand report's of someone who's not a witness. Lt. Haynie had to base his decision solely on what the witness C/o Lara stated. The false report Sgt Mitchell forge of masterbation is a Sex crime misdemeanor, C.D.C.R rules Prohibit depriving a inmate out of there liberty/freedom, this is what this claim is proving see the evidence. Lt. Haynie an Sgt Mitchell acted in a behavior of malice.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). It affected my mental state, my anixety increased, my emotion are under duress due to the humility an threat on Plaintiff live from these staffs misconduct.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is requesting requesting the defendants be held accountable for thier actions of violating Plaintiff Consitutional rights 14th & 8th amendments which Plaintiff noted within this amendment, an reward Plaintiff 200,000$ for pain & suffering mental & emotional stress that again Plaintiff raised in this amendment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on x **July 3rd, 2023**
DATE

x **[Signature]**
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.